# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

*Sealed*

UNITED STATES OF AMERICA

V.

JORGE VELASQUEZ

## WARRANT FOR ARREST

CASE NUMBER: 01-959-CR-MORENO(s)

FILED by _____ D.C.
MAG. SEC.

MAR 2 1 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **JORGE VELASQUEZ**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [X] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

*Conspiracy to import one kg or more of heroin,*
Conspiracy to possess with intent to distribute a Schedule I controlled substance, that is, one kilogram or more of a mixture and substance containing a detectable amount of heroin, and importation of a Schedule I controlled substance, that is, one kilogram or more of a mixture and substance containing a detectable amount of heroin, *importation of at least 500 grams of cocaine.*

in violation of Title __21__ United States Code, Sections(s) __846 and 952(a), 963__

Name of Issuing officer: **ANDREA M. SIMONTON**

Title of Issuing Officer: **MAGISTRATE JUDGE SIMONTON**

Signature of Issuing Officer: *Andrea M Simonton*

Date and Location: 3/21/02 Miami, FL

Bail fixed at $ **PTD Req by Gov't** by *Andrea M Simonton*
Name of Judicial officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

12/8

## BOND RECOMMENDATION

DEFENDANT       JORGE VELASQUEZ

$  PRE-TRIAL DETENTION

_____
RYON MCCABE
ASSISTANT UNITED STATES ATTORNEY

Last Known Address:   7666 S.W. 152nd Avenue, #21

                      Miami, Fl

What Facility:        _____

Agent:                ANTHONY SANES
                      DRUG ENFORCEMENT ADMINISTRATION